IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: ANTONIO GEORGE                          CASE NO:  4:05-bk-18211 M
                                                              Chapter 13

## CHAPTER 13 ORDER REVOKING
## PAYROLL DEDUCTION

Before the court for consideration is the matter of revocation of the Chapter 13 Order to Pay Trustee previously entered directing the employer of the debtor to withhold certain sums from the debtor's compensation each month.  It appears to the Court that other arrangements have been made.

IT IS ORDERED, that the chapter 13 Order to Pay Trustee previously entered directing

ARKANSAS DEPARTMENT OF INFO SY
1 CAPITOL MALL
LITTLE ROCK, AR  72201-7220

to withhold sums of money from the pay of the debtor should be, and hereby is revoked. The debtor's employer shall stop withholding payments from the debtor and cease making payments to the Trustee, Mark T. McCarty.

Date: 06/28/2010                                    /s/ JAMES G. MIXON
                                           James G. Mixon, Bankruptcy Judge

cc:   ANTONIO GEORGE
      KELLYE JUJUAN GEORGE
      Thomas W Byarlay
      MARK T. MCCARTY, Trustee